Gail M. Kelly
**Conway, Farrell, Curtin & Kelly, P.C.**
48 Wall Street - 20th Floor
New York, New York 10005
(212) 785-2929
Direct Dial: (212) 993-9340
Fax No. (212) 785-7229
Email: gkelly@conwayfarrell.com
*Local Counsel for Defendant,*
*HARTFORD INSURANCE COMPANY OF THE MIDWEST*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SHENOROCK SHORE CLUB, INC., **CASE NO. 7:14-cv-07148-VB**

Plaintiff, **NOTICE OF APPEARANCE**

-against-

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

Defendant.
-------------------------------------------------------------------X

TO: Joseph Michael Burke
RUSSO & BURKE
600 Third Avenue, 15th Floor
New York, NY 10016
212-557-9600
Fax: (212) 557-9610
**Attorneys for Plaintiff, SHENOROCK SHORE CLUB, INC.**

PLEASE TAKE NOTICE, that the undersigned counsel enters an appearance for and on behalf of Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, and requests that copies of all notices and pleadings given or filed in this case be served upon the party listed below at the following address and telephone number via the Court's ECF Notification system:

Gail M. Kelly
Conway, Farrell, Curtin & Kelly, P.C.
48 Wall Street - 20th Floor
New York, New York 10005
(212) 785-2929
Direct Dial: (212) 993-9340
Fax No. (212) 785-7229
Email: gkelly@conwayfarrell.com
*Local Counsel for Defendant,*
*HARTFORD INSURANCE COMPANY OF THE MIDWEST*

PLEASE TAKE FURTHER NOTICE, that this request includes not only notices and papers, but also any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, or otherwise made with regard to the referenced case and proceedings.

DATED: New York, New York
September 25, 2014

**CONWAY, FARRELL, CURTIN & KELLY, P.C.**

By: *<u>/s/ Gail M. Kelly</u>*
Gail M. Kelly
48 Wall Street - 20th Floor
New York, New York 10005
(212) 785-2929
Direct Dial: (212) 993-9340
Fax No. (212) 785-7229
Email: gkelly@conwayfarrell.com
*Local Counsel for Defendant,*
*HARTFORD INSURANCE COMPANY OF THE MIDWEST*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Joseph Michael Burke
RUSSO & BURKE
600 Third Avenue, 15th Floor
New York, NY 10016
212-557-9600
Fax: (212) 557-9610
**Attorneys for Plaintiff, SHENOROCK SHORE CLUB, INC.**

*/s/ Gail M. Kelly*
Gail M. Kelly