UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| SHENOROCK SHORE CLUB, INC., | Case No. 7:14-cv-07148-VB-LMS |
| Plaintiff, | |
| -against- | **AFFIDAVIT FOR ADMISSION** *PRO HAC VICE* |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendant. | |

-----------------------------------------------------------------X

STATE OF LOUISIANA     )
                       ) ss:
PARISH OF JEFFERSON    )

GINO R. FORTE, an attorney duly admitted to practice law in the Courts of the State of Louisiana, being duly sworn, deposes and says:

1. I am an associate with the law firm of Nielsen, Carter & Treas, LLC.

2. I submit this affidavit in support of the motion made on my behalf for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Louisiana and the United States District Court, Eastern District of Louisiana.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

WHEREFORE your affirmant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above captioned case for Defendant, *HARTFORD INSURANCE COMPANY OF THE MIDWEST*.

_____
GINO R. FORTE

Sworn to before me this
_10_ day of _October_, 2014

_____
NOTARY PUBLIC

SEAN P. SULLIVAN
NOTARY PUBLIC
STATE OF LOUISIANA
LA BAR NO. 33398
My Commission Is For Life

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *GINO R. FORTE ESQ., #29190*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 15th Day of October, 2004 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 3rd Day of October, 2014, A.D.

Clerk of Court
Supreme Court of Louisiana

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, __William W. Blevins__, Clerk of this Court,

certify that __Gino Ronald Forte__, Bar # __29190__,

was duly admitted to practice in this Court on __07/12/2006__, and is in good standing as a member

of the Bar of this Court.

Dated at __New Orleans, LA__ on __10/07/2014__
*(Location)*           *(Date)*


William W. Blevins
*CLERK*

Deputy Clerk