UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SHENOROCK SHORE CLUB, INC.,          Case No. 7:14-cv-07148-VB-LMS

                Plaintiff,

                                                                                         **ORDER**

            -against-

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,

                Defendant.
-------------------------------------------------------------------X

Upon the motion of Gail M. Kelly, attorney for Defendant, *HARTFORD INSURANCE COMPANY OF THE MIDWEST,* and affidavit of Gino R. Forte, sworn to on October 10, 2014, in support;

**IT IS HEREBY ORDERED** that

                Gino R. Forte
                Nielsen, Carter & Treas, LLC
                3838 N. Causeway Blvd.
                Suite 2850
                Metairie, LA  70002
                Phone: (504) 837-2500
                Fax: (504) 832-9165
                Email:  gforte@ nct-law.com

is admitted to practice *pro hac vice* as counsel for Defendant, *HARTFORD INSURANCE COMPANY OF THE MIDWEST,* in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. Counsel shall immediately register for an ECF password at SDNY's homepage and file a Notice of Appearance.

**SO ORDERED.**

Dated: _____, New York

       _____, 2014


                                                    _____
                                                    United States District/Magistrate Judge