# RUSSO & BURKE
ATTORNEYS AT LAW

JOSEPH M. BURKE  
WILLIAM J. RUSSO  

MATTHEW B. ABRAMS  

* ALSO ADMITTED IN CALIFORNIA

600 THIRD AVENUE  
NEW YORK, N.Y. 10016  
(212) 557-9600  
FAX (212) 557-9610  
WWW.RUSSOANDBURKE.COM  

JOEL L. HECKER  
LEONARD P. HORAN*  
OF COUNSEL

June 29, 2015

Hon. Vincent L. Briccetti  
United States District Court  
United States Courthouse  
300 Quarropas Street  
White Plains, New York 10601  

    Shenorock Shore Club, Inc.  
    v. Hartford Insurance Company of the Midwest  
    Case No. 7:14-cv-07148-VB-LMS  

Dear Judge Briccetti:

  My firm represents the plaintiff in the above-entitled action. This case is scheduled for a case management conference on July 1, 2015.

  As reported in my May 13 letter, this matter has been settled and the payment required under the settlement agreement has been received by plaintiff.

  A stipulation of discontinuance with prejudice is being circulated to all counsel and will be filed with the Court as soon as all the signatures have been obtained, which I expect will be this week.

                Respectfully,

                Joseph M. Burke

cc:

Michael D. Breinin, Esq.  
NIELSON, CARTER & TREAS, LLC  
3838 North Causeway Blvd., Ste. 2850  
Metairie, LA 7002  
*National Counsel for Defendant*  
*Hartford Insurance Company of the Midwest*

Gail M. Kelly, Esq.
CONWAY, FARRELL, CURTIN & KELLY, P.C.
48 Wall Street, 20th Floor
New York, New York 10005
*Local Counsel for Defendant*
*Hartford Insurance Company of the Midwest*